UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUONG HAU NGUYEN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CENTRAL VALLEY ANNEX FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-04492-DAD-SCR (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. Nos. 1, 8) |

Petitioner Tuong Hau Nguyen is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending petition for writ of habeas corpus (Doc. No. 1) be granted and petitioner be ordered immediately released.  (Doc. No. 8.)  Specifically, the magistrate judge concluded that respondents failed to follow the federal regulations governing the re-detention of individuals subject to a final order of removal.  (*Id.* at 2–3.)  The magistrate judge also concluded that petitioner's continued detention violates due process because he has been detained for an aggregate period of over twelve months since being ordered removed and respondents have failed to rebut petitioner's showing that that there is no significant likelihood of his removal.  (*Id.* at 3.)

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service. (*Id.* at 3–4.) On July 4, 2026, respondents filed their objections to the pending findings and recommendations which are comprised of a single sentence stating that respondents object for the reasons set forth in their previous briefing.  (Doc. No. 9.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and by proper analysis.

For the reasons stated above,

1. The findings and recommendations filed on July 1, 2026 (Doc. No. 8) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a. Respondents are ORDERED to immediately release petitioner Tuong Hau Nguyen, A-File No. 028-086-376, from respondents' custody on the same conditions he was subject to prior to his re-detention on or about December 1, 2025;

   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before a neutral adjudicator;

3. The Clerk of the Court is directed to serve the Central Valley Annex detention facility with a copy of this order; and

/////

/////

/////

/////

/////

2

4.      The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:    **July 8, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3